UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAUSE OF ACTION INSTITUTE, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CENTRAL INTELLIGENCE AGENCY, ) <br> ) <br> Defendant. ) <br> _____) | Civil Action No. 16-CV-1034 (TSC) |

## ANSWER

Defendant Central Intelligence Agency ("CIA") hereby answers Plaintiff's complaint ("Complaint") as follows:

The first unnumbered paragraph of the Complaint consists of Plaintiff's characterization of this action and a legal conclusion, to which no response is required.

1.	This paragraph appears to contain legal conclusions and opinions, to which no response is required.  To the extent that this paragraph quotes or summarizes judicial opinions, those opinions speak for themselves and are the best evidence of their contents.

2.	Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; accordingly, the allegations are denied.

3-9.	These paragraphs contain a characterization of the subject of Plaintiff's Freedom of Information Act ("FOIA") request and facts unrelated to Plaintiff's legal claims under the FOIA, to which no response is required.  To the extent that a response is required, Defendant lacks public knowledge or information sufficient to form a belief as to the truth of the allegations contained in these paragraphs; accordingly, the allegations are denied.

10.	The first sentence of this paragraph contain Plaintiff's characterization of this action, to which no response is required.  Defendant denies knowledge or information sufficient

to form a belief as to the second sentence in paragraph 10 of the Complaint; accordingly, the allegations are denied. The third and fourth sentences of this paragraph contain Plaintiff's characterization of the parties' correspondence regarding Plaintiff's FOIA requests; that correspondence speaks for itself and is the best evidence of its contents. Defendant admits that it has not yet issued a final determination or released documents in connection with Plaintiff's FOIA requests.

## JURISDICTON AND VENUE

11-12. These paragraphs contain Plaintiff's legal conclusions, to which no response is required. To the extent that a response is required, Defendant denies the assertions, except to admit that venue is appropriate in this district for FOIA cases.

## PARTIES

13. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; accordingly, the allegations are denied.

14. Defendant admits it is an agency of the United States. The remainder of this paragraph contains legal conclusions to which no response is required, but insofar as an answer is deemed required, Defendant denies the assertions.

## FACTS

15. Admit.

16. Admit.

17. Admit.

18. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph; accordingly, the allegations are denied.

19. Admit.

20. Admit.

21. This paragraph contain Plaintiff's characterization of the parties' correspondence regarding Plaintiff's FOIA requests; that correspondence speaks for itself and is the best evidence of its contents.

22-23. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in these paragraphs; accordingly the allegations are denied.

24. Admit.

25. Defendant denies the first sentence in this paragraph. As for the second sentence in this paragraph, the parties' correspondence speaks for itself and is the best evidence of its contents.

## ALLEGED COUNT I

26. Defendant incorporates by reference all of the foregoing responses as if fully set forth herein.

27. This paragraph purports to characterize certain FOIA provisions, which speak for themselves and are the best evidence of their contents.

28. Admit.

29-30. These paragraphs consist of legal conclusions, to which no response is required. To the extent a response is required, Defendant denies.

31. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph; accordingly, the allegations are denied.

## **RELIEF REQUESTED**

(a)-(e).  These paragraphs set forth Plaintiff's request for relief to which no answer is required, but insofar as an answer is deemed required, Defendant denies that Plaintiff is entitled to the relief requested or any relief whatsoever.

Defendant hereby denies each and every allegation in the Complaint not expressly answered or qualified herein.

## **AFFIRMATIVE DEFENSES**

### **FIRST DEFENSE**

The Complaint fails to state a claim upon which relief may be granted.

### **SECOND DEFENSE**

Defendant continues to process Plaintiff's FOIA requests.  Some or all of the information that Plaintiff sought in its FOIA requests is exempt from disclosure under the FOIA.

### **THIRD DEFENSE**

To the extent the Complaint refers to or quotes from external documents, statutes, or other sources, Defendant's responses may refer to such materials for their true and complete contents; however, Defendant's references are not intended to be, and should not be construed as, an admission that the cited materials are correctly cited or quoted by Plaintiff, or are relevant to this, or any other, action.

* * *

Defendant reserves its right to amend, alter and supplement the affirmative defenses contained in this answer as the facts and circumstances giving rise to the Complaint become known to it through the course of the litigation.

Dated: July 13, 2016

    Respectfully submitted,

    CHANNING D. PHILLIPS, D.C. Bar # 415793
    United States Attorney for the District of Columbia

    DANIEL VAN HORN, D.C. Bar # 924092
    Chief, Civil Division

    By: /s/ Marsha W. Yee
    MARSHA W. YEE
    Assistant United States Attorney
    Civil Division
    555 4th Street, N.W.
    Washington, D.C. 20530
    Telephone: (202) 252-2539
    Facsimile: (202) 252-2599
    Email: Marsha.Yee@usdoj.gov

    *Counsel for Defendant*