# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CAUSE OF ACTION INSTITUTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 16-cv-1034 (TSC) |
| ) | |
| CENTRAL INTELLIGENCE AGENCY, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Cause of Action Institute and Defendant Central Intelligence Agency stipulate and agree to dismissal of this action with prejudice. Each party will bear its own costs, attorney fees, and expenses. This stipulation applies to Freedom of Information Act requests F-2013-01843 and F-2016-00773.

Date: September 1, 2016

*/s/ John J. Vecchione*
John J. Vecchione
D.C. Bar. No. 431764
Lee A. Steven
D.C. Bar No. 468543
Ryan P. Mulvey
D.C. Bar No. 1024362

CAUSE OF ACTION INSTITUTE
1875 Eye Street, N.W., Ste. 800
Washington, D.C. 20006
Telephone: (202) 499-4232
Facsimile: (202) 330-5842
john.vecchione@causeofaction.org
lee.steven@causeofaction.org
ryan.mulvey@causeofaction.org

*Counsel for Plaintiff*

Respectfully submitted,

CHANNING D. PHILLIPS
D.C. Bar # 415793
U.S. Attorney for the District of Columbia

DANIEL VAN HORN
D.C. Bar # 924092
Chief, Civil Division

By: */s/ Marsha W. Yee*
MARSHA W. YEE
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2539
Facsimile: (202) 252-2599
E-mail: Marsha.Yee@usdoj.gov

*Counsel for Defendant*